SANDERS, J., is of the opinion that the writ should be granted. See Corkern v. Travelers Ins. Co., 229 La. 592, 86 So.2d 205; Richard v. General Fire & Casualty Co., La.App., 155 So.2d 676; Restatement of Torts (2nd) Section 343 A (Tentative Draft); and Prosser, Law of Torts (3rd ed.) p. 404.

167 So.2d 668

**LIBERTY MUTUAL INSURANCE COMPANY**

v.

**GILLEN OIL FIELD SERVICE, INC., et al.**

**No. 47397.**

Oct. 7, 1964.

In re: Francis H. Boyer applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Jefferson Davis. 164 So.2d 695.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.